IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LCS CORRECTIONS SERVICES, INC. and GOTTLIEB & GOTTLIEB, P.A., <br><br> Plaintiffs, <br><br> vs. <br><br> DOCTOR R. CRANTS, JR.; SHIRLEY CRANTS; and LCS HOLDINGS, LLC, <br><br> Defendants. | CASE NO. 3:18-cv-00057 <br><br> Judge Eli J. Richardson <br><br> Magistrate Judge Barbara D. Holmes |

## STIPULATED FINAL JUDGMENT

This action came before the Court on the joint motion of the Parties to this action for approval of their Settlement Agreement and for entry of this Stipulated Final Judgment.

IT IS ORDERED AND ADJUDGED that the Settlement Agreement of the Parties to this action is hereby approved, that this Stipulated Final Judgment resolves with finality the claims asserted in Plaintiffs' Amended Complaint, and that final judgment is hereby entered in favor of Gottlieb & Gottlieb, P.A., against Doctor R. Crants, Jr., and Shirley Crants, jointly and severally. The Court awards Gottlieb & Gottlieb, P.A., the sum of $2,000,000, plus post-judgment interest on the outstanding principal balance at the rate of 5% per annum from the date of the entry of this Stipulated Final Judgment, for which sum let execution issue. The Court reserves jurisdiction to enforce the Parties' Settlement Agreement.

*Eli Richardson*
ELI RICHARDSON
United States District Judge

Judgment Creditor:

Gottlieb & Gottlieb, P.A.
2475 Enterprise Road, Suite 100
Clearwater, Florida 33763-1733